MICHAEL J. HEYMAN
United States Attorney

CARLY VOSACEK
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 456-0245
Email: carly.vosacek@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  vs.<br><br>MASON LANON,<br><br>                Defendant. | No. 4:25-cr-00019-RRB-SAO<br><br>COUNT 1<br>UNLICENSED DEALING IN FIREARMS<br>   Vio. of 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D).<br><br>COUNT 2<br>DISTRIBUTION OF A CONTROLLED SUBSTANCE<br>   Vio. of 21 U.S.C. § 841(a)(1), (b)(1)(C)<br><br>COUNT 3<br>USING A FIREARM DURING A DRUG TRAFFICKING CRIME<br>   Vio. of 18 U.S.C.§ 924(c)(1)(A)(i), (B)(ii)<br><br>CRIMINAL FORFEITURE ALLEGATION 1:<br>   21 U.S.C. § 853(a)(1) & (2), 28 U.S.C. § 2461(c), & Fed. R. Crim. P. Rule 32.2(a)<br><br>CRIMINAL FORFEITURE ALLEGATION 2:<br>   18 U.S.C. § 924(d), 28 U.S.C. § 2461(C), & Fed. R. Crim. P. Rule 32.2(a) |
|---|---|

# INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about September 13, 2025, and continuing until at least on or about August 7, 2025, within the District of Alaska, the defendant, MASON LANON, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, willfully engaged in the business of dealing in firearms.

All of which is in violation of 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT 2

On or about August 7, 2025, the defendant, MASON LANON, knowingly and intentionally distributed a controlled substance, namely, cocaine.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 3

On or about August 7, 2025, the defendant, MASON LANON, used and carried a firearm during and in relation to, and possessed firearms in furtherance of the drug trafficking crime charged in Count 2, namely a Grey Ghost Precision, GGP-P, 9x19mm pistol equipped with a Glock-type machinegun conversion device.

All of which is in violation of 18 U.S.C. § 924(c)(1)(A)(i), (B)(ii).

## CRIMINAL FORFEITURE ALLEGATION 1

The allegations contained in Count 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. §§ 853(a)(1) and (2), and 28 U.S.C. § 2461(c).

Pursuant to 21 U.S.C. § 853(a)(1) and (2), upon conviction of an offense in violation of 21 U.S.C. § 841, the defendant, MASON LANON, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense, including a forfeiture money judgment equal to the value of the property; the property to be forfeited includes, but is not limited to:

- Pistol Slide Conversion Device
- Grey Ghost Precision, LLC, GGP, 9MM, S/N: GGP1325
- Any associated magazines, ammunition, and accessories

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

All pursuant to 21 U.S.C. § 853(a)(1) and (2), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

CRIMINAL FORFEITURE ALLEGATION 2

The allegations contained in Count 3 are hereby re-alleged and incorporated by reference for the for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Pursuant to 18 U.S.C. § 924(d), upon conviction of an offense in violation of 18 U.S.C. § 924(c), as set forth in Count 3 of this Indictment, the defendant, MASON LANON, shall forfeit to the United States of America any firearms and ammunition used in and involved in knowing violation of the offense; the property to be forfeited includes, but is not limited to:

- Pistol Slide Conversion Device
- Grey Ghost Precision, LLC, GGP, 9MM, S/N: GGP1325
- Any associated magazines, ammunition, and accessories

All pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. Rule 32.2(a).

A TRUE BILL

                                                                s/ Grand Jury Foreperson
                                                                GRAND JURY FOREPERSON

s/ Carly Vosacek
CARLY VOSACEK
Assistant U.S. Attorney
United States of America

s/ Michael J. Heyman
MICHAEL J. HEYMAN
United States Attorney

DATE:     11/19/2025